James LOWRY, Respondent,

v.

Leonard G. AINLEY, Appellant.

No. 67722.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 14, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 4, 1996.

Leonard G. Ainley, Farmington, pro se.

Martin M. Clay, Clayton, for respondent.

Before SMITH, P.J., and GARY M.
GAERTNER and RHODES, JJ.

*ORDER*

PER CURIAM.

Leonard G. Ainley appeals from the entry of a default judgment in favor of James Lowry while Appellant was incarcerated. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Robert NICHOLSON,
Defendant/Appellant.

No. 67641.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 26, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 20, 1996.

Michael K. Mullen, Charles M. Shaw Law Firm, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the judgment of conviction in this court-tried case of unlawful possession of a concealable firearm, § 571.070, RSMo 1986, and third degree assault, § 565.070, RSMo 1986. The trial court sentenced defendant as a prior and persistent offender to concurrent terms of five years for unlawful possession of a concealable firearm and fifteen days for assault. § 558.016, RSMo 1986. We affirm.

No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rules 30.25(b).